UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHN G. CENTENO, JR., <br> SID #1114347, <br><br> Plaintiff, <br><br> v. <br><br> SAN ANTONIO POLICE OFFICER F/N/U AGUILAR; SAN ANTONIO POLICE OFFICER F/N/U ORTIZ, ET AL., <br><br> Defendants. | § § § § § § § § § § § § | SA-21-CV-1117-JKP |

**FINAL JUDGMENT**

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff John G. Centeno's Amended Complaint pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i)-(iii) and 1915A(b) for failure to state a non-frivolous claim, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS THEREFORE ORDERED** that Plaintiff Centeno's Amended Complaint (ECF No. 5) against Defendants, the State of Texas and Officers Polensa, Carillo and Aguilar, is **DISMISSED subject to being reurged in** *Centeno v. Centeno*, **No. 21-cv-1095-JKP (W.D. Tex. filed Nov. 5, 2021)**.

**IT IS FINALLY ORDERED** that the above-entitled cause of action is hereby **CLOSED**.

SIGNED this 11th day of February, 2022.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE